UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60189-CIV-DIMITROULEAS

PLANTATION SPINAL CARE CENTER,
INC., on behalf of itself and all others
similarly situated,

    Plaintiff,

vs.

11TH HOUR INVESTMENTS, INC. d/b/a
PROGRESSIVE BUSINESS FUNDING,
a California corporation.

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal Without Prejudice (the "Notice"). [DE 43]. The Court has considered the Notice and is otherwise fully advised in the premises. Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Notice is hereby **APPROVED;**

2. This action is hereby **DISMISSED WITHOUT PREJUDICE**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of November, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of Record

1